UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>KAYLA M. NILSSON,<br><br>Defendant. | Case No. 3:15-cv-00694-HSG<br><br>**ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN STUDENT LOAN CASES** |
|---|---|

Pursuant to General Order 44, this matter has been assigned to District Judge Haywood S. Gilliam, Jr. for trial. All filings shall include the initials "HSG" after the case number. The Northern District of California Local Rules of Practice in Civil Proceedings apply to this case. These rules are posted on our website, www.cand.uscourts.gov. In addition, the parties are **ORDERED** to follow the procedures set forth below:

1. Within twenty (20) days of the date of this Order, Plaintiff shall mail to Defendant an accounting and a copy of any documents supporting Plaintiff's claims. Plaintiff shall concurrently file with the Court said accounting (without documents) and proof of service of the accounting.

2. Within forty (40) days of the date of this Order, Defendant shall mail to Plaintiff a copy of any documents which Defendant claims prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan.

3. Within sixty (60) days of the date of this Order, the parties shall meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute.

4. Within two (2) weeks after the meeting, each party shall file and serve a letter informing the Court of the status of the case. The letter shall include the following:

    (a) A brief description of the events underlying the lawsuit;

    (b) What discovery the party intends to take, including, but not limited to, the identity of all persons the party intends to depose;

    (c) A suggested trial date and an estimate of the length of trial.

Thereafter, the Court will schedule a case management conference to discuss the status of the case and develop a trial schedule.

**IT IS SO ORDERED.**

Dated: December 15, 2015

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge